| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of Oregon (State) |
| Case number (if known) 26-33136-pcm11 Chapter 11 |

US BANKRUPTCY COURT
DISTRICT OF OREGON

2026 SEP -9 PM 2:38

PAID 1738 REC'D KJS

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Touchstone Group LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

None

**3. Debtor's federal Employer Identification Number (EIN)**

87 - 3433369

**4. Debtor's address**

**Principal place of business**

38950 SW Laurelwood Rd
Number Street

Gaston OR 97119
City State ZIP Code

Washington
County

**Mailing address, if different from principal place of business**

11554 Townsend Way
Number Street

P.O. Box

Yucaipa CA 92399
City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

None

Debtor Touchstone Group LLC Case number (if known) ____________
Name

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District ____________ When ____________ MM / DD / YYYY Case number ____________

District ____________ When ____________ MM / DD / YYYY Case number ____________

Debtor Touchstone Group LLC
Name

Case number (if known) ____________________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor ____________________ Relationship ____________________
District ____________________ When ____________ MM / DD / YYYY
Case number, if known ____________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________________

**Where is the property?** ____________________
Number Street
____________________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________________
Contact name ____________________
Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Touchstone Group LLC
Name

Case number (if known)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 / 09 / 2026
MM / DD / YYYY

✘ M. Tabidze
Signature of authorized representative of debtor

Marine Tabidze
Printed name

Title Sole Member and Manager

**18. Signature of attorney**

✘ ____________________
Signature of attorney for debtor

Date ____________
MM / DD / YYYY

Printed name

Firm name

Number Street

City State ZIP Code

Contact phone Email address

Bar number State

**Fill in this information to identify the case:**

Debtor name Touchstone Group LLC

United States Bankruptcy Court for the: ____________ District of Oregon (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Motivate Law, LLC<br>11950 SW 2nd St, Ste 100-C<br>Beaverton, OR 97005 | Michael Litvin<br>503-446-2667<br>ml@motivatelaw.com | Legal services | | | | Undetermined |
| 2 | Sergey Vershinin<br>22510 La Quilla Drive<br>Chatsworth, CA 91311 | | Asserted claims re purported agmt. | Contingent, Unliquidated, Disputed | | | Unknown |
| 3 | Sunrise Asset Management Group Inc.<br>615 S. Grand Avenue<br>Los Angeles, CA 90017 | | Asserted claims re purported agmt. | Contingent, Unliquidated, Disputed | | | Unknown |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor Touchstone Group LLC
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name Touchstone Group LLC

United States Bankruptcy Court for the: ______ District of Oregon (State)

Case number (If known) ______

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 / 09 / 2026
MM / DD / YYYY

✘ M. Tabidze
Signature of individual signing on behalf of debtor

Marine Tabidze
Printed name

Sole Member and Manager
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In re: Touchstone Group LLC,
Debtor.

Case No. ____________________
Chapter 11

**DEBTOR'S STATEMENT REGARDING REPRESENTATION, REQUEST FOR ACCEPTANCE OF PETITION FOR FILING, AND NOTICE OF EFFORTS TO RETAIN COUNSEL**

The undersigned, Marine Tabidze, sole member and manager of debtor Touchstone Group LLC (the "Debtor"), respectfully states:

1. Emergency. A nonjudicial trustee's foreclosure sale of the Debtor's principal asset — real property located at 38950 SW Laurelwood Rd, Gaston, Oregon — is scheduled for September 10, 2026 at 11:00 a.m. This voluntary chapter 11 petition is submitted to preserve the estate for the benefit of all creditors.

2. Representation. The Debtor is aware of Local Bankruptcy Rule 9010-1(c). The Debtor has diligently attempted to retain bankruptcy counsel on an emergency basis, including outreach to multiple bankruptcy practitioners in this district, and those efforts are continuing and are documented. The Debtor will retain counsel and will comply with any order of the Court concerning representation as promptly as counsel can be engaged.

3. Request for acceptance. The Debtor respectfully requests that the Clerk accept this petition for filing and docketing, and that any issue concerning representation be addressed by the Court rather than at intake, in accordance with: (a) Fed. R. Bankr. P. 5005(a)(1), which provides that the clerk must not refuse to accept a petition or other paper for filing solely because its form does not comply with the rules or any local rule or practice; (b) Fed. R. Bankr. P. 9029(a)(2), which provides that a local rule imposing a requirement of form must not be enforced in a manner that causes a party to lose rights because of a nonwillful failure to comply; and (c) 11 U.S.C. §§ 301(a) and 362(a), under which a voluntary case is commenced by the filing of the petition and the petition operates as a stay.

4. No attorney signature. No attorney has signed the petition or appears for the Debtor at this time. The Debtor's undersigned representative signs all documents in this submission personally, as the Debtor's sole member and manager, duly authorized by the accompanying resolution.

DATED: September 9, 2026

US BANKRUPTCY COURT
DISTRICT OF OREGON

2026 SEP -9 PM 2:40

**RESOLUTION AND CONSENT OF THE SOLE MEMBER AND MANAGER OF TOUCHSTONE GROUP LLC**

PAID ____ REC'D 1262

The undersigned, being the sole member and sole manager of Touchstone Group LLC, a Florida limited liability company (the "Company"), acting by written consent pursuant to the Company's governing documents and applicable law, hereby resolves and consents as follows:

1. In the judgment of the sole member and manager, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition be filed by the Company under chapter 11 of title 11 of the United States Code.

2. Marine Tabidze, as sole member and manager, is authorized and directed to execute and file on behalf of the Company all petitions, schedules, statements, lists, and other papers, and to take any and all actions that she deems necessary or proper in connection with the Company's chapter 11 case, and to act as the Company's designated responsible person and authorized representative in the case.

3. Marine Tabidze is authorized to employ and retain, on behalf of the Company and subject to any required court approval, attorneys, accountants, brokers, and other professionals to represent and assist the Company in connection with the case, including bankruptcy counsel and special counsel.

4. All actions heretofore taken by the sole member and manager in connection with the foregoing are ratified and approved.

DATED: September 9, 2026

M. Tabidze

Marine Tabidze, Sole Member and Manager
Touchstone Group LLC

M. Tabidze

Marine Tabidze, Sole Member and Manager
Touchstone Group LLC
11554 Townsend Way, Yucaipa, CA 92399

Tamamoi, a Delaware LLC
c/o NW Private Lending
17125 Boones Ferry Road
Lake Oswego, OR 97035

Tamamoi, a Delaware LLC
c/o Eleanor A. DuBay, Tomasi Bragar DuBay PC
121 SW Morrison Street, Suite 1850
Portland, OR 97204

Tomasi Bragar DuBay PC, Successor Trustee
121 SW Morrison Street, Suite 1850
Portland, OR 97204

Washington County Assessment & Taxation
155 N First Avenue, Suite 130, MS 8
Hillsboro, OR 97124

Yamhill County Assessment & Taxation
535 NE 5th Street
McMinnville, OR 97128

Sergey Vershinin
22510 La Quilla Drive
Chatsworth, CA 91311

Sunrise Asset Management Group Inc.
615 S. Grand Avenue
Los Angeles, CA 90017

Motivate Law, LLC
11950 SW 2nd St, Ste 100-C
Beaverton, OR 97005

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301